# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN OSWALD RAMOS-MUNDO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, USP ATWATER,<br><br>Respondent. | Case No. 1:26-cv-01591-EPG-HC<br><br>FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND UPDATE PETITIONER'S ADDRESS |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## I.

## DISCUSSION

In the petition, Petitioner challenges his current placement at USP Atwater. Petitioner argues that the Federal Bureau of Prisons ("BOP") "has a statutory obligation to prepare inmates for successful reentry into the community. Housing Petitioner at USP Atwater, far outside the region of his release residence, frustrates that obligation." (ECF No. 1 at 4.[1]) "A placement decision that disregards proximity to the release residence and family support, without articulated justification, is inconsistent with 18 U.S.C. § 3621(b)." (Id. at 5.)

A search of the BOP's inmate locator using Petitioner's inmate number indicates that Petitioner is currently housed at FCI Three Rivers in Three Rivers, Texas. See Federal Bureau of

[1] Page numbers refer to the ECF pagination stamped at the top of the page.

Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (search by "BOP Register Number" for "71653-380") (last visited Aug. 7, 2026). The Court has "an independent duty to consider *sua sponte* whether a case is moot." Demery v. Arpaio, 378 F.3d 1020, 1025 (9th Cir. 2004) (citing Dittman v. California, 191 F.3d 1020, 1025 (9th Cir. 1999)). The jurisdiction of federal courts is limited to "actual, ongoing cases or controversies." Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990). "This case-or-controversy requirement subsists through all stages of federal judicial proceedings," which "means that, throughout the litigation, the plaintiff 'must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision.'" Spencer v. Kemna, 523 U.S. 1, 7 (1998) (quoting Lewis, 494 U.S. at 477).

In the petition, Petitioner requests the Court to order the BOP to transfer Petitioner to a federal facility within 500 miles of his verified release residence in Midland, Texas. (ECF No. 1 at 6.) Given that it appears Petitioner has received the remedy he requests in his petition, the undersigned recommends finding that no case or controversy exists and dismissal is warranted on this ground.

## III.

## RECOMMENDATION & ORDER

Based on the foregoing, the undersigned HEREBY RECOMMENDS that the petition for writ of habeas corpus be DISMISSED as moot.

Further, the Clerk of Court is DIRECTED to:

1. Randomly ASSIGN a District Court Judge to the present matter; and
2. Update Petitioner's address to:

FCI Three Rivers<br>
Federal Correctional Institution<br>
P.O. Box 4200<br>
Three Rivers, TX 78071

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within

**THIRTY (30) days** after service of the Findings and Recommendation, Petitioner may file written objections, **no longer than fifteen (15) pages, including exhibits**, with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **August 7, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE