UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN OSWALD RAMOS-MUNDO,<br>Petitioner,<br>v.<br>WARDEN, USP ATWATER,<br>Respondent. | No. 1:26-cv-01591-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 4 |

Petitioner Jonathan Oswald Ramos-Mundo is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the assigned magistrate judge issued findings and recommendations that recommended dismissing the petition for writ of habeas corpus as moot. Doc. 4. The findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within thirty days after service. Petitioner was advised that failure to file objections within the specified time may result in the waiver of rights. *Id*. at 3. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the matter de novo. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

The court ORDERS:

1. The findings and recommendations, Doc. 4, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED as moot.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE